**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____ Chapter ___**7**___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Braun Renovations, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 8  2  –  1  4  9  9  9  4  7 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5600 S Berryman Road**<br>Number    Street | _____<br>Number    Street |
| | _____<br>P.O. Box |
| **Oklahoma City**    **OK**    **73150**<br>City      State    ZIP Code | _____<br>City      State    ZIP Code |
| **Oklahoma**<br>County | **Location of principal assets, if different from principal place of business** |
| | _____<br>Number    Street |
| | _____<br>City      State    ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  **Braun Renovations, LLC**_____  Case number (if known) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | *A.  Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Braun Renovations, LLC**_____  Case number (if known) _____

| | | |
|---|---|---|
| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | If more than 2 cases, attach a separate list. | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |
| | | District _____  When _____  Case number _____ |
| | | MM / DD / YYYY |

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____  Relationship _____

District _____  When _____
MM / DD / YYYY

Case number, if known _____

11. **Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Braun Renovations, LLC** _____  Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____

| | |
|---|---|
| Number | Street |

_____

| | | |
|---|---|---|
| City | State | ZIP Code |

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

---

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☐ Funds will be available for distribution to unsecured creditors.
☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199       ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☑ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Debtor  **Braun Renovations, LLC**_____  Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17.  Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/25/2023**_____
             MM / DD / YYYY

X **/s/ Glenn Neil Braun**_____
   Signature of authorized representative of debtor

**Glenn Neil Braun**_____
Printed name

**Owner**_____
Title

**18.  Signature of attorney**

X **/s/ O. Clifton Gooding**_____  Date  **05/25/2023**_____
   Signature of attorney for debtor                       MM / DD / YYYY

**O. Clifton Gooding**_____
Printed name

**The Gooding Law Firm, P.C.**_____
Firm name

**204 N. Robinson Avenue**_____
Number          Street

**Suite 1235**_____

**Oklahoma City**_____  **OK**_____  **73102**_____
City                                    State      ZIP Code

**(405) 948-1978**_____  **cgooding@goodingfirm.com**_____
Contact phone                           Email address

**10315**_____  **OK**_____
Bar number                    State

**Fill in this information to identify the case**

Debtor name    **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property    **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1.  **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of
debtor's interest

2.  **Cash on hand**

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value |
|---|---|---|---|---|---|---|
| 3.1. **Checking account with NBC** | **Checking account** | **8** | **5** | **6** | **7** | $10.57 |

4.  **Other cash equivalents**    *(Identify all)*

Name of institution (bank or brokerage firm)

5.  **Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$10.57

### Part 2:  Deposits and prepayments

6.  **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Debtor      **Braun Renovations, LLC**                                                Case number (if known) _____
        Name

**Current value of
debtor's interest**

**7.** **Deposits, including security deposits and utility deposits**

    Description, including name of holder of deposit

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

**9.** **Total of Part 2.**
    Add lines 7 through 8.  Copy the total to line 81.

| $0.00 |

---

### Part 3:  Accounts receivable

**10.** **Does the debtor have any accounts receivable?**

    ☑ No.  Go to Part 4.
    ☐ Yes.  Fill in the information below.

**11.** **Accounts receivable**

**Current value of
debtor's interest**

11a.  90 days old or less:  _____  –  _____  =  ..............  ➔  _____
                          face amount           doubtful or uncollectible accounts

11b.  Over 90 days old:  _____  –  _____  =  ..............  ➔  _____
                          face amount           doubtful or uncollectible accounts

**12.** **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $0.00 |

---

### Part 4:  Investments

**13.** **Does the debtor own any investments?**

    ☑ No.  Go to Part 5.
    ☐ Yes.  Fill in the information below.

**Valuation method
used for current value**                    **Current value of
debtor's interest**

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated
businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

**16.** **Government bonds, corporate bonds, and other negotiable and
non-negotiable instruments not included in Part 1**

    Describe:

**17.** **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.

| $0.00 |

---

### Part 5:  Inventory, excluding agriculture assets

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No.  Go to Part 6.
    ☐ Yes.  Fill in the information below.

Debtor    **Braun Renovations, LLC**_____    Case number (if known) _____
    Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  Raw materials** | | | | |
| **20.  Work in progress** | | | | |
| **21.  Finished goods, including goods held for resale** | | | | |
| **22.  Other inventory or supplies** | | | | |

**23.  Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$0.00

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.  Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  Crops--either planted or harvested** | | | |
| **29.  Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30.  Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31.  Farm and fishing supplies, chemicals, and feed** | | | |
| **32.  Other farming and fishing-related property not already listed in Part 6** | | | |

**33.  Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34.  Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor __**Braun Renovations, LLC**_____     Case number (if known) _____
　　　　　Name

## Part 7:　Office furniture, fixtures, and equipment; and collectibles

38.　**Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

　　☐　No.　Go to Part 8.
　　☑　Yes.　Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.　**Office furniture**

40.　**Office fixtures**

41.　**Office equipment, including all computer equipment and communication systems equipment and software**

　　　**(2) Printers, (1)Desk Top Computer** _____     _____     _____     **$350.00**

42.　**Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.　**Total of Part 7.**
　　Add lines 39 through 42.　Copy the total to line 86.　　　　　　　　　　　**$350.00**

44.　**Is a depreciation schedule available for any of the property listed in Part 7?**
　　☑　No
　　☐　Yes

45.　**Has any of the property listed in Part 7 been appraised by a professional within the last year?**
　　☑　No
　　☐　Yes

## Part 8:　Machinery, equipment, and vehicles

46.　**Does the debtor own or lease any machinery, equipment, or vehicles?**

　　☐　No.　Go to Part 9.
　　☑　Yes.　Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.　**Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1.　**2005 Ford F150; Does not run.** _____     _____     _____     **$500.00**

48.　**Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.　**Aircraft and accessories**

50.　**Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Debtor    **Braun Renovations, LLC**_____    Case number (if known) _____
          Name

**(1) Electric Pressure Washer**
**(1) Scaffold**
**(1) Tall A-Frame Ladder**
**(1) Folding Ladder**
**(1) Small Folding Ladder**
**(1) 7" Angle Grinder**
**(1) Shop Vac**
**(1) Concrete Bull Float**
**(1) Sheetrock Jack**
**(1) Heater**
**(1) Paint Sprayer**
**(1) Small Air Compressor**
**(1) Circular Saw**
**(1) Cordless Drill**
**Miscellaneous Air Hoses**
**Miscellaneous Batteries and Chargers**
**Miscellaneous Hand Tools**                                                                    **$2,440.00**

**51. Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.                          | **$2,940.00** |

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 9:  Real property

**54.  Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☑ Yes.  Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1. **1000 Stansell Drive**<br>**Midwest City, OK 73110**<br>**1000 Stansell Drive, Midwest City, OK**<br>**73110**<br>**Lot Twenty-one (21), Block Six (6),**<br>**TRAUB ADDITION to Midwest City,**<br>**Oklahoma County, Oklahoma,**<br>**according to the recorded plat**<br>**thereof,**<br>**Street Address:  1000 Stansell Dr.,**<br>**Midwest City, Oklahoma 73110** | Fee Simple | | | $116,000.00 |

Debtor   **Braun Renovations, LLC** _____   Case number (if known) _____
       Name

| | | | | |
|---|---|---|---|---|
| 55.2. **14711 SE 23rd Street**<br>**Choctaw, OK 73020**<br>**14711 SE 23rd Street, Choctaw, OK**<br>**73020**<br>**All of Lot Seven (7), in Block Six (6),**<br>**in FOREST OAKS ESTATES, n**<br>**Addition to Oklahoma County,**<br>**Oklahoma according to the recorded**<br>**plat thereof.** | Fee Simple | | | $215,500.00 |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

                                                                                     **$331,500.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

                                                                                      **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor  **Braun Renovations, LLC**                          Case number (if known) _____
       Name

## Part 11:  All other assets

70.  **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☑ No.  Go to Part 12.
     ☐ Yes.  Fill in the information below.

                                                                    **Current value of
                                                                    debtor's interest**

71.  **Notes receivable**

     Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**

     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature,
     including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**                                                     $0.00
     Add lines 71 through 77.  Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    **Braun Renovations, LLC**                              Case number (if known) _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$10.57** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$350.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$2,940.00** | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................➔ | | **$331,500.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | **$3,300.57** | + 91b. **$331,500.00** |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ......................................................................... **$334,800.57**

**Fill in this information to identify the case:**

Debtor name    **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---------|----------------------------------------|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| Creditor's name<br>**Compsource Mutual Insurance Co.** | Describe debtor's property that is subject to a lien | $11,340.50 | $331,500.00 |
|---|---|---|---|

Creditor's mailing address
**c/o Reynolds, Ridings, Vogt & McCart**

**101 Park Ave, Suite 1010**

**Oklahoma City        OK    73102**

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account
number        ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☐ No
☑ Yes. Specify each creditor, including this
creditor, and its relative priority.

**Multiple Properties**

Describe the lien

**Judgment Lien**

Is the creditor an insider or related party?

☑ No
☐ Yes

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

For 1000 Stansell Drive, Midwest City, OK 73110: 1) Vista Ventures LLC; 2) Compsource Mutual Insurance Co.; 3) SIKA Corporation.  For 14711 SE 23rd Street, Choctaw, OK 73020: 1) Compsource Mutual Insurance Co.; 2) SIKA Corporation.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $121,028.63

Debtor      **Braun Renovations, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral** |
| | | Do not deduct the | **that supports** |
| | | value of collateral. | **this claim** |

Copy this page only if more space is needed. Continue numbering the lines
sequentially from the previous page.

**2.2**   Creditor's name
**SIKA Corporation**

Describe debtor's property that is
subject to a lien                                    $36,888.13          $331,500.00

Creditor's mailing address
**c/o Reynolds, Ridings, Vogt & McCart**

**Multiple Properties**

**101 Park Ave, Suite 1010**

Describe the lien
**Judgment Lien**

_____

Is the creditor an insider or related party?

Oklahoma City        OK    73102                     ☑ No

Creditor's email address, if known                   ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred  _____             ☑ No

Last 4 digits of account
number                  ___ ___ ___ ___              ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?                                   ☐ Contingent
                                                     ☐ Unliquidated
☐ No                                                 ☐ Disputed
☑ Yes.  Have you already specified the
         relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
            specified on lines  **2.1**

**2.3**   Creditor's name
**Vista Ventures LLC**

Describe debtor's property that is
subject to a lien                                    $72,800.00          $116,000.00

Creditor's mailing address
**2400 Patheon Circle**

**1000 Stansell Drive, Midwest City, OK 73110**

Describe the lien
**Agreement**

_____

Is the creditor an insider or related party?

Oklahoma City        OK    73170                     ☑ No

Creditor's email address, if known                   ☐ Yes

Is anyone else liable on this claim?

Date debt was incurred     **10/12/2018**            ☑ No

Last 4 digits of account
number                  ___ ___ ___ ___              ☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply.

Do multiple creditors have an interest in
the same property?                                   ☐ Contingent
                                                     ☐ Unliquidated
☐ No                                                 ☐ Disputed
☑ Yes.  Have you already specified the
         relative priority?

    ☐ No.  Specify each creditor, including this
            creditor, and its relative priority.

    ☑ Yes.  The relative priority of creditors is
            specified on lines  **2.1**

Debtor    **Braun Renovations, LLC**        Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Michael P. Brogan** | Line   **2.3** | **3  3  1  2** |
| **Attorney for Vista Ventures, LLC** | | |
| **PO Box 950012** | | |
| | | |
| **Oklahoma City**      **OK**    **73195** | | |

**Fill in this information to identify the case:**

Debtor    __Braun Renovations, LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF OKLAHOMA__

Case number
(if known)   _____

☐ Check if this is an
   amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

                                                                   Total claim        Priority amount

**2.1**   **Priority creditor's name and mailing address**

_____

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number**   ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( _____ )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No
☐ Yes

Debtor    **Braun Renovations, LLC**                            Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.  If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,369.26** |

**AT&T Business**

**208 S Akard Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**            **TX    75202**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |

**Bobbie Shelton**

**c/o Justin Lowe & Assoc.**

**7320 N Classen Blvd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Oklahoma City**        **OK    73116**

**Basis for the claim:**
**Business Debt/Lawsuit**

Date or dates debt was incurred

Last 4 digits of account number   2   7   3   3

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$27,478.28** |

**Brewer Carpet One**

**126A West Main Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Yukon**            **OK    73099**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,509.00** |

**Comfort Masters Insulation**

**400 NW 27th Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Moore**            **OK    73160**

**Basis for the claim:**
**Trade Debt**

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    **Braun Renovations, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                              **$105,922.00**

**Elevate Funding**

**5200 NW 43rd St., Ste 102-134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Gainsville**                    **FL**    **32606**          **Business Debt**

Date or dates debt was incurred    **10/14/2021**            Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                           ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                              **$8,557.32**

**Fundbox**

**300 Montgomery Street, Suite #900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**San Fransisco**                **CA**    **94104**          **Business Debt**

Date or dates debt was incurred    _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                           ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                              **$2,211.55**

**Great American Glass & Tinting**

**5701-A E Reno**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midwest City**                 **OK**    **73110**          **Trade Debt**

Date or dates debt was incurred    _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                           ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*                                              **$2,903.99**

**Herman's Pumbing Heat/Air**

**1545 Republic Circle**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Midwest City**                 **OK**    **73110**          **Trade Debt**

Date or dates debt was incurred    _____        Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __             ☑ No
                                                           ☐ Yes

Debtor    **Braun Renovations, LLC**                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$53,689.00**

**Jennifer Bost**

☐ Contingent

**9518 Timberland Lane**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Yukon**                    OK      73099

**Business Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.10** | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$20,000.00**

**Milimar Coatings**

☐ Contingent

**311 NW 122nd Street**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Oklahoma City**              OK      73114

**Trade Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.11** | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$1,000.00**

**National Funding**

☐ Contingent

**9530 Towne Centre Drive**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**San Diego**                  CA      92121

**Business Debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

---

| **3.12** | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$10,373.21**

**Oklahoma County Treasurer**

☐ Contingent

**320 Robert S. Kerr Avenue, #307**

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

**Oklahoma City**              OK      73102

**Property Taxes Owed**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☑ No
☐ Yes

Debtor    **Braun Renovations, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| **3.13** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$280,000.00

Pilgrim Loans

☐ Contingent

c/o Christian Pilgrim

☐ Unliquidated

717 SW 119th Street

☐ Disputed

**Basis for the claim:**

Oklahoma City                OK     73114

Business Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.14** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$839.95

Robert Tory Woodyard d/b/a

☐ Contingent

Harrah Plumbing

☐ Unliquidated

c/o Joseph P. Balkenbush

☐ Disputed

1441 NW 150th Street

**Basis for the claim:**

Edmond                        OK     73013

Trade Debt/Collections

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number  6   6   1   7

☑ No
☐ Yes

---

| **3.15** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$4,479.95

Service Experts/Gordon's Service Experts

☐ Contingent

c/o Baker, Bloomberg & Assoc. LLC

☐ Unliquidated

2051 Katy Freeway, Ste 212

☐ Disputed

**Basis for the claim:**

Houston                       TX     77450

Trade Debt/Collections

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

| **3.16** | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$39,930.00

Service Titan

☐ Contingent

800 N Brand Blvd #700

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

Glendale                      CA     91203

Business Debt

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☑ No
☐ Yes

---

Debtor    __**Braun Renovations, LLC**_____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

| 3.17 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$3,902.50

__Signature Place Investments_____

__5909 NW Expressway, Suite G130_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Oklahoma City_____ OK____ 73132_____    __Business Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,000.00

__StoreLocal Storage_____

__3600 S Douglas Blvd._____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Oklahoma City_____ OK____ 73150_____    __Trade Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$2,387.72

__The Sherwin Williams Co._____

__c/o CST Co._____

__PO Box 33127_____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

__Louisville_____ KY____ 40232-3127_____    __Collections/Trade Debt_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __8__ __7__ __9__ __4__    ☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

$7,000.00

__Trailers Rent 2 Own 2_____

__PO Box 1115_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

Basis for the claim:

__Union City_____ TN____ 38281_____    __Deficiency Balance_____

Date or dates debt was incurred    _____    Is the claim subject to offset?

Last 4 digits of account number    __ __ __ __    ☑ No
☐ Yes

Debtor **Braun Renovations, LLC**                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.21 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

$62,958.00

**Zahav Asset Management, LLC**

☐ Contingent

**c/o Weinstein & Weinstain, LLP**

☐ Unliquidated

**499 Chestnut Street, Suite 213**

☐ Disputed

**Basis for the claim:**

**Cedarhurst                    NY    11516**

**Collections/Business Debt**

**Date or dates debt was incurred**    _____

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☑ No
☐ Yes

Debtor    **Braun Renovations, LLC**                                  Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4.    List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page.  If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** | **Daniel Mitchell** | Line __3.2__ | __ __ __ __ |
| | **c/o Justin Lowe & Assoc.** | ☐ Not listed. Explain: | |
| | **7320 N Classen Blvd.** | | |
| | **Oklahoma City        OK    73116** | | |
| **4.2** | **IRS** | Line _____ | __ __ __ __ |
| | **PO Box 7346** | ☑ Not listed.  Explain: | |
| | | **Notice Only** | |
| | **Philadelphia        PA    19101-7346** | | |
| **4.3** | **McAfee & Taft** | Line __3.3__ | __3__ __5__ __8__ __4__ |
| | **211 North Robinson Ave.** | ☐ Not listed.  Explain: | |
| | **10th Floor** | | |
| | **Oklahoma City        OK    73102** | | |
| **4.4** | **Oklahoma Tax Commission** | Line _____ | __ __ __ __ |
| | **Attn: Legal Bankruptcy** | ☑ Not listed.  Explain: | |
| | **PO Box 269056** | **Notice Only** | |
| | **Oklahoma City        OK    73126-0956** | | |
| **4.5** | **Theodocia Pollard** | Line __3.2__ | __ __ __ __ |
| | **c/o Justin Lowe & Assoc.** | ☐ Not listed.  Explain: | |
| | **7320 N Classen Blvd.** | | |
| | **Oklahoma City        OK    73116** | | |

Debtor     **Braun Renovations, LLC**                                    Case number (if known) _____

**Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $0.00 |
| 5b.  **Total claims from Part 2** | 5b. **+** | $656,511.73 |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $656,511.73 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Braun Renovations, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>WESTERN DISTRICT OF OKLAHOMA</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td>Chapter <strong>7</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

    ☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**Fill in this information to identify the case:**

Debtor name      **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries
consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| **2.1  Glenn Braun** | **5600 S Berryman Road**<br>Number    Street<br><br>**Oklahoma City       OK   73150**<br>City                              State   ZIP Code | **Bobbie Shelton** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2  Glenn Braun** | **5600 S Berryman Road**<br>Number    Street<br><br>**Oklahoma City       OK   73150**<br>City                              State   ZIP Code | **Signature Place Investments** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3  Glenn Braun** | **5600 S Berryman Road**<br>Number    Street<br><br>**Oklahoma City       OK   73150**<br>City                              State   ZIP Code | **Zahav Asset Management, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.4  Landscape Keepers, LLC** | **5600 S Berryman Road**<br>Number    Street<br><br>**Oklahoma City       OK   73150**<br>City                              State   ZIP Code | **Zahav Asset Management, LLC** | ☐ D<br>☑ E/F<br>☐ G |

Debtor    **Braun Renovations, LLC**                              Case number (if known) _____

| | **Additional Page if Debtor Has More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** |
|---|---|

| | Name | Mailing address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| **2.5** | **Oxymagic - Dallas** | **5600 S Berryman Road**<br>Number        Street<br><br>**Oklahoma City**    **OK**  **73150**<br>City                      State   ZIP Code | **Zahav Asset Management, LLC** | ☐ D<br>☑ E/F<br>☐ G |
| **2.6** | **Unlimited Investment Solutions, Inc.** | **5600 S Berrman Road**<br>Number        Street<br><br>**Oklahoma City**    **OK**  **73150**<br>City                      State   ZIP Code | **Zahav Asset Management, LLC** | ☐ D<br>☑ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor Name **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

---

### Part 1: Summary of Assets

1. *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.............................................................................. | **$331,500.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................................ | **$3,300.57**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B.............................................................................. | **$334,800.57**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$121,028.63**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................................................ | **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................................... | + **$656,511.73**

4. **Total liabilities**
   Lines 2 + 3a + 3b................................................................................................ | **$777,540.36**

**Fill in this information to identify the case and this filing:**

Debtor Name   **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/25/2023**    X **/s/ Glenn Neil Braun**
MM / DD / YYYY      Signature of individual signing on behalf of debtor

**Glenn Neil Braun**
Printed name

**Owner**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Braun Renovations, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF OKLAHOMA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   | | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
   |---|---|---|---|---|
   | From the beginning of the fiscal year to filing date: | From **01/01/2021** to<br>MM / DD / YYYY | Filing date | ☑ Operating a business<br>☐ Other _____ | **$1,611,695.42** |
   | For prior year: | From **01/01/2020** to<br>MM / DD / YYYY | **12/31/2020**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$317,626.00** |
   | For the year before that: | From **01/01/2019** to<br>MM / DD / YYYY | **12/31/2019**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$739,793.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

Debtor    **Braun Renovations, LLC**                                    Case number (if known)  _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Trailers Rent 2 Own 2**<br>Creditor's name<br>**PO Box 1115**<br>Street | **12' Utility Trailer** | **11/2022** | **$8,000.00** |
| | **Oklahoma City**          **OK**     **73150**<br>City                              State    ZIP Code | | | |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:    Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Brewer Carpet & Design Center, Inc. v. Braun Renovations LLC** | Civil | **District Court of Oklahoma County**<br>Name<br>**320 Robert S Kerr Ave.**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**CJ-2022-3584** | | **Oklahoma City**   **OK**   **73102**<br>City                State    ZIP Code | |
| 7.2. | **Robert Tory Woodyard v. Braun Renovations Llc** | Civil | **District Court of Oklahoma County**<br>Name<br>**320 Robert S Kerr Ave.**<br>Street | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | Case number<br>**SC-2022-26617** | | **Oklahoma City**   **OK**   **73102**<br>City                State    ZIP Code | |

Debtor    **Braun Renovations, LLC**                                    Case number (if known) _____
          Name

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|

**7.3.** 

Case title
**Bobbie Shelton, et al v. Braun Renovations et al**

Nature of case
**Civil**

Court or agency's name and address
**District Court of Oklahoma County**
Name

**320 Robert S Kerr Ave.**
Street

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Case number
**CJ-2022-2733**

**Oklahoma City       OK   73102**
City                  State  ZIP Code

**7.4.**

Case title
**Vista Ventures Llc v. Braun Renovations LLLC**

Nature of case
**Civil**

Court or agency's name and address
**District Court of Oklahoma County**
Name

**320 Robert S Kerr Ave.**
Street

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Case number
**CJ-2023-312**

**Oklahoma City       OK   73102**
City                  State  ZIP Code

**7.5.**

Case title
**SIKA Corporation v. Braun Renovations LLC**

Nature of case
**Civil**

Court or agency's name and address
**District Court of Oklahoma County**
Name

**320 Robert S Kerr Ave.**
Street

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Case number
**CJ-2021-1959**

**Oklahoma City       OK   73102**
City                  State  ZIP Code

**7.6.**

Case title
**Zahav Asset Managment LLC v. Braun Renovations LLC, et al.**

Nature of case
**Civil**

Court or agency's name and address
**Kings County Supreme Court**
Name

**360 Adams Street, Room 122C**
Street

Status of case
☑ Pending
☐ On appeal
☐ Concluded

Case number
_____

**New York         NY   11201**
City              State  ZIP Code

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   **Braun Renovations, LLC**                                    Case number (if known) _____
         Name

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| **Part 5:** | **Certain Losses** |

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 206A/B (*Schedule A/B: Assets -- Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| **1000 Stance Drive**<br>**Midwest City, OK 73110**<br><br>**Structure fire.** | **$140,047.84** | **11/09/2021** | **$181,222.24** |

| **Part 6:** | **Certain Payments or Transfers** |

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **The Gooding Law Firm, P.C.** | **$500.00 Costs (Filing Fee,  postage and copies.)**<br>**$7,500.00 Attorney Fee** | **10/27/2022** | **$8,000.00** |
| **Address**<br><br>**204 N. Robinson Avenue**<br>Street<br>**Suite 1235**<br><br>**Oklahoma City**  **OK**  **73102**<br>City        State    ZIP Code<br><br>**Email or website address**<br>_____<br><br>**Who made the payment, if not debtor?**<br>_____ | | | |

Debtor __**Braun Renovations, LLC**_____ Case number (if known) _____
      Name

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**
List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Legacy Investment Holdings LLC** | **613 Country Club Circle Midwest City, OK 73110** | __04/06/2022__ | __$135,000.00__ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City   State  ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | **None** | | | |

| **Part 7:** | **Previous Locations** |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor     **Braun Renovations, LLC**                                    Case number (if known) _____
          Name

## Part 8:    Health Care Bankruptcies

**15.    Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- ■ diagnosing or treating injury, deformity, or disease, or

- ■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16.    Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

Does the debtor have a privacy policy about that information?
☐ No.
☐ Yes.

**17.    Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
          ☐ No.  Go to Part 10.
          ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.    Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.    Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor **Braun Renovations, LLC**                    Case number (if known) _____
_____
Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

## Part 13:  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor    **Braun Renovations, LLC**_____    Case number (if known) _____
    Name

**26. Books, records, and financial statements**

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**    **Dates of service**

26a.1.  **Krista Jones CPA, PLLC**_____    From _____  To _____
    Name
    **3100 SW 131st Street**_____
    Street
    _____

    **Oklahoma City**_____  **OK**____  **73170**_____
    City    State  ZIP Code

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Glenn Braun** | **5600 S Berryman Road** **Oklahoma City, OK 73150** | **Owner** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    **Braun Renovations, LLC**_____    Case number (if known) _____
             Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | **Braun Renovations, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/25/2023**
　　　　　　　MM / DD / YYYY

**X** **/s/ Glenn Neil Braun**　　　　　　　　　　　　　　　Printed name  **Glenn Neil Braun**
　　Signature of individual signing on behalf of the debtor

　　Position or relationship to debtor  **Owner**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

In re  **Braun Renovations, LLC**                          Case No.  _____

                                                           Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..................................................... **$7,500.00**

Prior to the filing of this statement I have received....................................... **$7,500.00**

Balance Due.................................................................................................... **$0.00**

2. The source of the compensation paid to me was:
   ☐ Debtor          ☑ Other (specify)
                      **Paid by Gale Snow.**

3. The source of compensation to be paid to me is:
   ☐ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d. [Other provisions as needed]

   **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
**Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

<div style="border:1px solid black; padding:10px;">

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 05/25/2023 | /s/ O. Clifton Gooding | |
| --- | --- | --- |
| *Date* | *O. Clifton Gooding* | Bar No.  10315 |
| | The Gooding Law Firm, P.C. | |
| | 204 N. Robinson Avenue | |
| | Suite 1235 | |
| | Oklahoma City, Oklahoma 73102 | |
| | Phone: (405) 948-1978 / Fax: (405) 948-0864 | |
| | cgooding@goodingfirm.com | |

</div>

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF OKLAHOMA**
**OKLAHOMA CITY DIVISION**

IN RE:   **Braun Renovations, LLC**                                CASE NO

                                                                         CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _5/25/2023_____          Signature  **/s/ Glenn Neil Braun**_____
                                                               *Glenn Neil Braun*
                                                               *Owner*

Date _____          Signature  _____

AT&T Business
208 S Akard Street
Dallas, TX 75202


Bobbie Shelton
c/o Justin Lowe & Assoc.
7320 N Classen Blvd.
Oklahoma City, OK 73116


Brewer Carpet One
126A West Main Street
Yukon, OK 73099


Comfort Masters Insulation
400 NW 27th Street
Moore, OK 73160


Compsource Mutual Insurance Co.
c/o Reynolds, Ridings, Vogt & McCart
101 Park Ave, Suite 1010
Oklahoma City, OK 73102


Daniel Mitchell
c/o Justin Lowe & Assoc.
7320 N Classen Blvd.
Oklahoma City, OK 73116


Elevate Funding
5200 NW 43rd St., Ste 102-134
Gainsville, FL 32606


Fundbox
300 Montgomery Street, Suite #900
San Fransisco, CA 94104


Glenn Braun
5600 S Berryman Road
Oklahoma City, OK 73150

Great American Glass & Tinting
5701-A E Reno
Midwest City, OK 73110


Herman's Pumbing Heat/Air
1545 Republic Circle
Midwest City, OK 73110


IRS
PO Box 7346
Philadelphia, PA 19101-7346


Jennifer Bost
9518 Timberland Lane
Yukon, OK 73099


Landscape Keepers, LLC
5600 S Berryman Road
Oklahoma City, OK 73150


McAfee & Taft
211 North Robinson Ave.
10th Floor
Oklahoma City, OK 73102


Michael P. Brogan
Attorney for Vista Ventures, LLC
PO Box 950012
Oklahoma City, OK 73195


Milimar Coatings
311 NW 122nd Street
Oklahoma City, OK 73114


National Funding
9530 Towne Centre Drive
San Diego, CA 92121

Oklahoma County Treasurer
320 Robert S. Kerr Avenue, #307
Oklahoma City, Oklahoma 73102


Oklahoma Tax Commission
Attn: Legal Bankruptcy
PO Box 269056
Oklahoma City, OK 73126-0956


Oxymagic - Dallas
5600 S Berryman Road
Oklahoma City, OK 73150


Pilgrim Loans
c/o Christian Pilgrim
717 SW 119th Street
Oklahoma City, OK 73114


Robert Tory Woodyard d/b/a
Harrah Plumbing
c/o Joseph P. Balkenbush
1441 NW 150th Street
Edmond, OK 73013


Service Experts/Gordon's Service Experts
c/o Baker, Bloomberg & Assoc. LLC
2051 Katy Freeway, Ste 212
Houston, TX 77450


Service Titan
800 N Brand Blvd #700
Glendale, CA 91203


Signature Place Investments
5909 NW Expressway, Suite G130
Oklahoma City, OK 73132


SIKA Corporation
c/o Reynolds, Ridings, Vogt & McCart
101 Park Ave, Suite 1010
Oklahoma City, OK 73102

StoreLocal Storage
3600 S Douglas Blvd.
Oklahoma City, OK 73150


The Sherwin Williams Co.
c/o CST Co.
PO Box 33127
Louisville, KY 40232-3127


Theodocia Pollard
c/o Justin Lowe & Assoc.
7320 N Classen Blvd.
Oklahoma City, OK 73116


Trailers Rent 2 Own 2
PO Box 1115
Union City, TN 38281


Unlimited Investment Solutions, Inc.
5600 S Berrman Road
Oklahoma City, OK 73150


Vista Ventures LLC
2400 Patheon Circle
Oklahoma City, OK 73170


Zahav Asset Management, LLC
c/o Weinstein & Weinstain, LLP
499 Chestnut Street, Suite 213
Cedarhurst, NY 11516